**Electronically Filed
Intermediate Court of Appeals
28798
23-FEB-2011
07:12 AM**

NO. 28798

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GRACE M. LOPRESTO-NAKAMURA nka GRACE MARI LOPRESTO,
Plaintiff-Appellant/Cross-Appellee,
v.
KENJI NAKAMURA, Defendant-Appellee/Cross-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(FC-D NO. 97-2467)


ORDER DENYING DEFENDANT-APPELLEE'S
MOTION FOR RECONSIDERATION FILED FEBRUARY 14, 2011
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Defendant-Appellee's Motion for Reconsideration filed February 14, 2011 seeking reconsideration of the Memorandum Opinion filed February 3, 2011, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, February 23, 2011.


Presiding Judge


Associate Judge


Associate Judge